UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| BETH A. AUNGST, | Civil No. 2:21-CV-01032-BAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the parties' stipulation, this case is remanded to the Commissioner of Social Security under <u>sentence four of</u> 42 U.S.C. § 405(g) for further administrative proceedings. Upon remand, the Commissioner will further develop the record; offer the claimant the opportunity for a new hearing; reevaluate the opinion evidence; reevaluate the claimant's alleged symptoms and limitations; evaluate the severity of the claimant's carpal tunnel syndrome status-post release surgery; further consider the severity of the claimant's mental impairments; reassess the residual functional capacity; as needed, obtain supplemental vocational expert evidence; and issue a new decision.

DATED this 15th day of March, 2022.

                                           BRIAN A. TSUCHIDA
                                           United States Magistrate Judge

Presented by:

s/ Sarah Moum
SARAH MOUM
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2936
Fax:  (206) 615-2531
sarah.moum@ssa.gov